**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X

IN RE: 22 **CIVIL** 9783 (RA)

305 EAST 61st STREET GROUP LLC, **JUDGMENT**

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Memorandum Opinion & Order dated August 11, 2023, the decision of the Bankruptcy Court is affirmed. Accordingly the case is closed.

**Dated:** New York, New York
August 11, 2023

**RUBY J. KRAJICK**
**Clerk of Court**

BY: _____
**Deputy Clerk**