UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>305 EAST 61ST STREET GROUP LLC | No. 22-CV-9783(RA)<br><br><u>ORDER</u> |

RONNIE ABRAMS, United States District Judge:

On March 4, 2025, the Second Circuit issued an opinion affirming in part and vacating in part the August 11, 2023 judgment with instructions to remand the case to the Bankruptcy Court for further proceedings.  *See* Dkt. 27 at 21.  The mandate was issued on March 25, 2025.  *See* Dkt. 28.  Accordingly, the case is hereby remanded to the Bankruptcy Court for further proceedings consistent with the Second Circuit's opinion.

SO ORDERED.

Dated:   March 26, 2025
         New York, New York

_____
Ronnie Abrams
United States District Judge